NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. LUFT,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**

*Respondent*

---

2022-1034

---

Petition for review of the Merit Systems Protection Board in No. DA-0432-21-0090-I-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Richard L. Luft moves for leave to proceed *in forma pauperis* and, in response to the court's March 9, 2022 order, informs the court that he elects for transfer of this mixed-case to the United States District Court for the

Northern District of Texas and requests a refund of the docketing fee that he previously submitted.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to proceed *in forma pauperis* is granted. The Clerk of Court is directed to refund the filing fee.

(2) Pursuant to 28 U.S.C. § 1631 and the court's March 9, 2022 order, this case and all transmittals are transferred to the United States District Court for the Northern District of Texas.

FOR THE COURT

April 7, 2022                    /s/ Peter R. Marksteiner
       Date                      Peter R. Marksteiner
                                 Clerk of Court

---

[*]    To the extent Mr. Luft indicates his desire to withdraw his petition for review pending before the Merit Systems Protection Board, the court notes that he must file a motion at the Board seeking such relief.